UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>COURTNEY ROTHMAN | Case No. 3:22-CR-00336-3<br><br>JUDGE RICHARDSON |

**<u>UNOPPOSED MOTION TO AMEND SCRIVENER'S ERROR IN INDICTMENT</u>**

The United States of America, by and through Henry C. Leventis, United States Attorney for the Middle District of Tennessee, and the undersigned Assistant United States Attorney, Nani M. Gilkerson, hereby moves this Court to amend the indictment in this case to correct a spelling error in defendant COURTNEY ROTHMAN's name. In support of that request, the United States sets forth as follows:

1. The indictment in this case names "COURTNEY ROTHMAN" as one of three defendants charged in Count One.

2. Following ROTHMAN's arrest on May 12, 2023, undersigned counsel was informed by defense counsel that the correct spelling of the defendant's first name is "COURTNIE," not "COURTNEY." Defense counsel subsequently provided undersigned counsel with a copy of the defendant's driver's license, which reflects the spelling "COURTNIE." The United States subsequently reviewed its records and confirmed that COURTNIE ROTHMAN was identified as an alternate spelling, or alias, for the defendant, and that all of the other identifying information matched the driver's license provided by defense counsel.

3. "It is well settled that an indictment may not be materially amended except by resubmission to the grand jury." *United States v. Mumford*, 991 F.2d 797, 1993 WL 128502, at *4

(6th Cir. Apr. 23, 1993) (table) (citing *Stirone v. United States*, 361 U.S. 212, 217 (1960)). Upon motion of the government, however, a court may make changes to an indictment that are "purely matters of form." *Short v. United States*, 471 F.3d 686, 694 (6th Cir. 2006). "An amendment will be allowed if a defendant's rights are not affected and he is adequately apprised of the charges against him so that he is protected against surprise at trial or another prosecution for the same offense." *United States v. Young Bros., Inc.*, 728 F.2d 682, 693 (5th Cir. 1984) (citing *Berger v. United States*, 295 U.S. 78, 82 (1935)); *see also United States v. Mason*, 869 F.2d 414, 417 (8th Cir. 1989) (affirming amendment of indictment to change middle initial because "[m]isnomers generally are mistakes of form that may be corrected by amending the indictment").

4. Here, the error in the indictment is typographical in nature and amending it to correct the spelling of the defendant's first name would not substantively change the indictment, nor would doing so affect the rights of the defendant or prejudice her in any way.

5. Undersigned counsel has spoken to defense counsel who indicated that he does not oppose this motion.

WHEREFORE, the United States respectfully requests that the indictment and case caption be amended to reflect the correct spelling of the defendant's first name.

Respectfully submitted,

HENRY C. LEVENTIS
United States Attorney
Middle District of Tennessee

By: *s/ Nani M. Gilkerson*
NANI M. GILKERSON
Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203
Phone: 615-736-5151

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 20, 2023, a true and exact copy of the foregoing document was served on all counsel of record via the Court's CM/ECF system.

*s/ Nani Gilkerson*
NANI M. GILKERSON
Assistant United States Attorney